IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARY WICKENKAMP,<br><br>                Plaintiff,<br><br>vs.<br><br>CLAY SMITH, et. al;<br><br>                Defendants. | **8:13CV262**<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Robert G. Smith as counsel of record on Defendant Clay Smith, (filing no. 31), is granted.

2) The motion to withdraw filed by Richard J. Reynolds, III as counsel of record on behalf of Defendants Cline Williams Wright Johnson & Oldfather, L.L.P. and Andrew Strotman, (filing no. 35), is granted.

September 30, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge