IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY WICKENKAMP, | ) | 8:13CV262 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | MEMORANDUM |
| | ) | AND ORDER |
| CLAY SMITH, ANDREW STROTMAN, B & J PARTNERS, ABC CORPORATION, its successor entity, CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P., a Nebraska limited liability partnership, JOHN DOE NO.1, and JOHN DOE NO. 2, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

On April 28, 2014, the court granted a motion for sanctions that was filed by the defendants Andrew Strotman and Cline Williams Wright Johnson & Oldfather, LLP. The court's order (filing 65) enjoined the plaintiff, Mary Wickenkamp, from initiating new litigation or intervening in existing litigation against the defendants, and also directed the defendants to submit evidence regarding attorney fees that were incurred by them.

The defendants have now submitted affidavits and authenticated billing records (filings 67, 68) which show that they incurred attorney fees in the total amount of $41,418 in defending this action and obtaining injunctive relief. This amount includes a fee of $26,496 charged by William R. Settles and the law firm of Lamson, Dugan and Murray, LLP, in Omaha, Nebraska, and a fee of $14,922 charged by Paul G. Dodds and the law firm of Brownstein, Rask in Portland, Oregon.

The court finds that the services described in the attorneys' billing records were reasonable and necessary for the defense of this action and the motion for sanctions,

and that the charges for these services are fair and reasonable. The court reaffirms the findings of facts and conclusions of law that it made on April 28, 2014 (filing 65), and further finds and concludes that judgment should be entered in favor of the defendants Andrew Strotman and Cline Williams Wright Johnson & Oldfather, LLP, and against the plaintiff, in the amount of $41,418, as a monetary sanction imposed pursuant to the court's inherent powers.

On May 1, 2014, the plaintiff filed a "notice of new contact information" in which she advised the court of an address in Nebraska where she can receive mail. In the notice (filing 66), the plaintiff also states: "I am in the process of reviewing the court's docket to familiarize myself with all filings therein and will file pleadings addressing such matters as soon as practically possible." To the extent this statement is intended as a motion for extension of time, it is denied.

Accordingly,

IT IS ORDERED:

1. A monetary sanction is imposed against the plaintiff, and in favor of the defendants, Andrew Strotman and Cline Williams Wright Johnson & Oldfather, LLP, in the amount of $41,418.

2. The plaintiff's motion for extension of time (filing 66) is denied.

3. Judgment shall be entered by separate document.

DATED this 12th day of May, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge