IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY WICKENKAMP, | ) | 8:13CV262 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| B & J PARTNERS, *et al.*, | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. Plaintiff's motion for extension of time (filing 73) is granted, as follows: Plaintiff shall have until June 30, 2014, to file a brief in support of her Rule 60(b) motion (filing 72).

2. Plaintiff's motion for recusal (filing 74) is denied.

DATED this 2nd day of June, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge