IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY WICKENKAMP, | ) | 8:13CV262 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| B & J PARTNERS, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to Federal Rule of Appellate Procedure 24(a), and construing the papers liberally,

IT IS ORDERED that:

1. Plaintiff's appeal appears to be taken in good faith;
2. Plaintiff's motion to proceed in forma pauperis on appeal (filing 88) is granted;
3. The clerk is directed to process the appeal and to provide a copy of this order to the United States Court of Appeals for the Eighth Circuit.

August 6, 2014.                    BY THE COURT:

                                   s/ Richard G. Kopf
                                   Senior United States District Judge